# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

========================
## NO. 03-05-00250-CV
========================


**Frank Kruemmel, Appellant**

**v.**

**Top Solutions, Inc., Appellee**


================================================================================
### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
### NO. GN500937, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING
================================================================================


## M E M O R A N D U M   O P I N I O N


Appellant Frank Kruemmel filed an unopposed motion to dismiss this appeal.

Accordingly, we grant the motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a).


_____

Bob Pemberton, Justice

Before Justices B. A. Smith, Puryear and Pemberton

Dismissed on Appellant's Motion

Filed:   July 25, 2005